IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMANI BELL, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | NO. 14 C 6627 |
| v. | ) | |
| | ) | JUDGE JOAN HUMPHREY LEFKOW |
| JODY PETER WIES, *et al.*, | ) | |
| | ) | MAGISTRATE JUDGE GILBERT |
| Defendants. | ) | |
| | ) | |

**DEFENDANT, FRATERNAL ORDER OF POLICE,
CHICAGO LODGE NO. 7'S
<u>MOTION TO DISMISS</u>**

Defendant, FRATERNAL ORDER OF POLICE, CHICAGO LODGE NO. 7 ("Lodge"), by and through its attorneys, hereby moves to dismiss Count VI of the Second Amended Complaint filed by Plaintiff, Armani Bell, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its Motion, the Lodge is filing contemporaneously herewith a Memorandum in Support.

Respectfully Submitted,

/s/ Pasquale A. Fioretto
One of the Attorneys for Defendant,
Fraternal Order of Police, Chicago Lodge No. 7

Pasquale A. Fioretto
Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Attorney Bar ID. 6204218
Office: (312) 236-4316
Facsimile: (312) 236-0241
Email: pfioretto@baumsigman.com
Email: pryan@baumsigman.com
I:\FOP\Bell, Armani\mot. to dismiss.paf.ww.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on October 29, 2015, he electronically filed the foregoing document, **Defendant, Fraternal Order of Police, Chicago Lodge No. 7's Motion to Dismiss,** with the CM/ECF system, which will send notification of such filing to the following:

Lawrence Craig Redmond
Attorney at Law
11747 South Longwood Drive
Chicago, IL 60643
(773) 733-0830
Email: lredmond3@juno.com

Dana M. Pesha
Assistant Corporation Counsel
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3982
Dana.Pesha@cityofchicago.org

Jason Marx
Assistant Corporation Counsel
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3902
Jason.Marx@cityofchicago.org

          /s/ Pasquale A. Fioretto
          One of the Attorneys for Defendant,
          Fraternal Order of Police, Chicago Lodge No. 7

Pasquale A. Fioretto
Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Attorney Bar ID. 6204218
Office: (312) 236-4316
Facsimile: (312) 236-0241
Email: pfioretto@baumsigman.com
Email: pryan@baumsigman.com
I:\FOP\Bell, Armani\mot. to dismiss.paf.ww.wpd