## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Armani Bell,

Plaintiff(s),

v.

Officer Stanik, in his official and individual capacities, Officer Reiff, in his official and individual capacities, and Fraternal Order of Police-Chicago Lodge Number 7,

Defendant(s).

Case No. 14 CV 6627
Judge Joan Humphrey Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendants' motions to dismiss granted. Plaintiff's federal claims dismissed with prejudice. His state law claims are dismissed without prejudice to refiling in state court.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Joan Humphrey Lefkow on a motion to dismiss.

Date: 6/17/2016                                                      Thomas G. Bruton, Clerk of Court

Michael Dooley , Deputy Clerk